THE MAYOR, ETC., OF THE CITY OF NEW YORK
RESPONDENT, v. HENRY W. GENET, APPELLANT.

*Reference — long account — laches.*

APPEAL from an order of the Special Term, denying a motion made by the defendant for a reference.

The gravamen of the complaint in this action is, that the defendant has drawn and received from the comptroller of the city of New York a very much larger sum of money than "was due for services, labor and materials necessary for, and which had been rendered and furnished in and about the construction" and erection of a court-house. The answer denies this allegation. The court *held*, that though the action was not upon an account, yet the trial of the issue would, doubtless, involve "the examination of a long account," which made the cause a referable one.

The case was upon the calendar of the Circuit Court, for trial, in December, 1874. Instead of moving that court, upon the calendar of which it was placed for trial, the defendant moved in another branch of the same court, before another judge, to take it from the

trial court and send it to a reference, and this motion was delayed until the cause was on the day calendar for trial.

The court was of opinion that it would encourage delay if the discretion of the court should be exercised in favor of the defendant, and that for that reason the reference was properly denied.

*Oliver W. West*, for the appellant.

*John E. Parsons*, for the respondent.

Opinion by WESTBROOK, J.

DANIELS and BRADY, JJ. concurred.

Order affirmed with ten dollars costs, besides disbursements, but without prejudice to the right of the trial court to make such a disposition of the action as it may see fit to do.